*LAW OFFICE OF*
**MICHAEL JUDE JANNUZZI**
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

———

(631) 385-8182

NEW YORK ADDRESS:
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

November 30, 2011

Federal District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Magistrate's Office
Room 520

Re: United States adv. Thomas Devitt, III
    Docket Number 11 Crim 614

Dear Sir:

    Please be advised that this office has been retained by the above named defendant, Thomas Devitt, III.

    Kindly have copies of all charges, notices and applications served upon my office.

    Thanking you in advance, I remain;

                    Very truly yours,

                    MICHAEL JUDE JANNUZZI,
                    6413

cc: AUSA Daniel Chung
    (212) 637-0086

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 30 2011