LAW OFFICE OF
# MICHAEL JUDE JANNUZZI
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

---

(631) 385-8182

NEW YORK ADDRESS:
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

April 3, 2012

Honorable Victor Marrero
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Thomas Devitt
             Docket No.: 11 CR 614 (VM)

Dear Judge Marrero:

I represent Thomas Devitt in the above mentioned matter.

Kindly consider this correspondence as an application to modify Mr. Devitt's reporting requirement with Pre-Trial Services.

Currently Mr. Devitt is required to report in person weekly to Pre-Trial Services. I have spoken with Mr. Devitt's Pre-Trial Officer, Marnnie Gerardino, as well as AUSA Daniel Chung and make this application on consent to modify his current weekly reporting status to instead be "As directed by Pre-Trial Services".

Thanking the Court for its consideration, I remain;

Very truly yours,

Michael Jude Jannuzzi

MJJ:cl