*LAW OFFICE OF*
MICHAEL JUDE JANNUZZI
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

(631) 385-8182

NEW YORK ADDRESS:
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

April 3, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED 4/4/12

Honorable Victor Marrero
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Thomas Devitt
           Docket No.: 11 CR 614 (VM)

Dear Judge Marrero:

    I represent Thomas Devitt in the above mentioned matter.

    Kindly consider this correspondence as an application to modify Mr. Devitt's reporting requirement with Pre-Trial Services.

    Currently Mr. Devitt is required to report in person weekly to Pre-Trial Services. I have spoken with Mr. Devitt's Pre-Trial Officer, Mamnie Gerardino, as well as AUSA Daniel Chung and make this application on consent to modify his current weekly reporting status to instead be "As directed by Pre-Trial Services".

    Thanking the Court for its consideration, I remain;

Very truly yours,

Michael Jude Jannuzzi

MJJ:cl

Request GRANTED. The bail conditions of defendant _Thomas Devitt_ herein are modified to permit _reporting as directed by Pre-trial Services_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

4-4-12
DATE      VICTOR MARRERO, U.S.D.J.