*LAW OFFICE OF*
# MICHAEL JUDE JANNUZZI
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

(631) 385-8182

NEW YORK ADDRESS:
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

June 12, 2012

Honorable Victor Marrero
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   United States v. Thomas Devitt
>       Docket No.: 11 CR 614 (VM)

Dear Judge Marrero:

I represent Thomas Devitt in the above mentioned matter.

Kindly consider this correspondence as an application to modify Mr. Devitt's pre-trial status to allow Mr. Devitt to travel as indicated below.

Mr. Devitt requests permission to accompany his 12 year old daughter to a visit with her grandmother (and Mr. Devitt's mother) in Fort Lauderdale, Florida between the dates of July 9 and July 13, 2012.

In addition, Mr. Devitt would like permission to weekly transport his daughter to and from Long Island to Connecticuit on the weekends to facilitate visits with his daughter's mother who resides in Connecticuit.

I have discussed the above with Mr. Devitt's Pre-Trial Services Officer, Marnnie Gerardino and with AUSA Daniel Chung and both of them have no objection to this application.

Thanking the Court for its consideration, I remain;

Very truly yours,

Michael Jude Jannuzzi

MJJ:cl

---

Request GRANTED. The bail conditions of defendant _Thomas Devitt_ herein are modified to permit travel to _Florida_ on _7-9-12_ thru _7-13-12_ for the purposes and on the terms and conditions set forth above, _and to Connecticut on weekends as_
SO ORDERED: _set forth above_.

_6-12-12_
DATE           VICTOR MARRERO, U.S.D.J.