*LAW OFFICE OF*
# MICHAEL JUDE JANNUZZI
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

(631) 385-8182

NEW YORK ADDRESS
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

September 4, 2012

Honorable Victor Marrero
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/12
```

      Re:    United States v. Thomas Devitt
            Docket No.: 11 CR 614 (VM)

Dear Judge Marrero:

      I represent Thomas Devitt in the above- mentioned matter.

      Kindly consider this correspondence as an application to modify Mr. Devitt's pre-trial status to allow Mr. Devitt to travel as indicated below.

      Mr. Devitt requests permission to accompany his wife to a visit with her family in Fort Lauderdale, Florida between the dates of September 11, 2012 and September 17, 2012.

      I have discussed the above with Mr. Devitt's Pre-Trial Services Officer, Marnnie Gerardino and with AUSA Daniel Chung and both of them have no objection to this application.

      Thanking the Court for its consideration, I remain;

Very truly yours,

Michael Jude Jannuzzi

MJJ:lr

```
Request  GRANTED.   The bail conditions of defendant
Thomas Devitt                              herein
are modified to permit travel to Florida
on 9-11-12   thru 9-17-12 for the purposes
and on the terms and conditions set forth above.

SO ORDERED:

9-4-12         _____
DATE           VICTOR MARRERO, U.S.D.J.
```