*LAW OFFICE OF*
MICHAEL JUDE JANNUZZI
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

(631) 385-8182

NEW YORK ADDRESS:
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

October 2, 2012

Honorable Victor Marrero
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/12

    Re:    United States v. Thomas Devitt
           Docket No.: 11 CR 614 (VM)

Dear Judge Marrero:

    I represent Thomas Devitt in the above-mentioned matter.

    Kindly consider this correspondence as an application to modify Mr. Devitt's pre-trial status to allow Mr. Devitt to travel as indicated below.

    Mr. Devitt requests permission to accompany his family and friends to New Jersey on October 8, 2012 and October 28, 2012.

    The above application has been discussed with Mr. Devitt's Pre-Trial Services Officer, Marnnie Gerardino and with AUSA Daniel Chung and both of them have no objection to this application.

    Thanking the Court for its consideration, I remain;

Very truly yours,

Michael Jude Jannuzzi

MJJ:lr

---

Request GRANTED. The bail conditions of defendant **Thomas Devitt** herein are modified to permit travel to **New Jersey** on **10-8-12** thru **10-28-12** for the purposes and on the terms and conditions set forth above.

SO ORDERED:

10-4-12
DATE      VICTOR MARRERO, U.S.D.J.