

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 13, 2012

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Thomas Devitt III**
      **S1 11 Cr. 614 (VM)**

Dear Judge Marrero:

Per a conversation with Your Honor's law clerk, the Government respectfully submits this letter to confirm that the sentencing for defendant Thomas Devitt III is scheduled for Friday, December 14, 2012, at 4:00 p.m.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Daniel Chung/Jonathan Cohen/Michael Ferrara
Assistant United States Attorneys
(212) 637-2417/2408/2526

Cc:   Michael Jannuzzi, Esq.
      Zondra Jackson, U.S. Probation Office

---

Request GRANTED. The sentencing of defendant Thomas Devitt III herein is rescheduled to 12-14-12 at 4:00 P.M.

SO ORDERED.

11-13-12
DATE         VICTOR MARRERO, U.S.D.J.

TOTAL P.002