*LAW OFFICE OF*
**MICHAEL JUDE JANNUZZI**
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

(631) 385-8182

NEW YORK ADDRESS:
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

November 26, 2012

Honorable Victor Marrero
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/12

Re: United States v. Thomas Devitt
Docket No.: 11 CR 614 (VM)

Dear Judge Marrero:

I represent Thomas Devitt in the above-mentioned matter.

Kindly consider this correspondence as an application to modify Mr. Devitt's pre-trial status to allow Mr. Devitt to travel as indicated below.

Mr. Devitt requests permission to visit family in Ft. Lauderdale, Florida from November 30, 2012 until December 3, 2012.

The above application has been discussed with Mr. Devitt's Pre-Trial Services Officer, Marnnie Gerardino and with AUSA Daniel Chung and both of them have no objection to this application.

Thanking the Court for its consideration, I remain;

Very truly yours,

Michael Jude Jannuzzi

MJJ:lac

Request is GRANTED. The bail conditions of defendant Thomas Devitt herein are modified to permit travel to Florida on 11-30-12 thru 12-3-12 for the purposes and on the terms and conditions set forth above.

SO ORDERED:

11-26-12
DATE          VICTOR MARRERO, U.S.D.J.