*LAW OFFICE OF*
## MICHAEL JUDE JANNUZZI
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

(631) 385-8182

NEW YORK ADDRESS:
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

November 29, 2012

Honorable Victor Marrero
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/12

    Re:    United States v. Thomas Devitt
           Docket No.: 11 CR 614 (VM)

Honorable Sir:

    I represent Thomas Devitt in the above- mentioned matter.

    This letter will confirm that the Sentencing scheduled for December 7, 2012 has been adjourned on consent to January 11, 2013.

    Thanking the Court for its consideration, I remain;

Very truly yours,

Michael Jude Jannuzzi

MJJ:lac

cc: AUSA Mike Ferrara

---

Request GRANTED. The sentencing of defendant Thomas Devitt herein is rescheduled to 1-11-13 at 2:45 p.m.

SO ORDERED.

11-30-12
DATE      VICTOR MARRERO, U.S.D.J.